IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| ROMAN MARCUS SOBOTTKE | Violation:  18 U.S.C. §§ 113(a)(8) and 1152 |

**Assault of an Intimate Partner by Strangulation or Suffocation**

The Grand Jury Charges:

On or about December 25, 2018, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

ROMAN MARCUS SOBOTTKE

did assault T.M.S., also known as T.M.B, an Indian, who was an intimate partner and dating partner, by strangling and attempting to strangle her;

In violation of Title 18, United States Code, Sections 113(a)(8) and 1152.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Mac Schneider_____
MAC SCHNEIDER
United States Attorney

JTR/tal